IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GEORGE RAY LATSON, #541078 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv121 |
| F. REESCANO, ET AL. | § | |

FINAL JUDGMENT

The Court having considered the plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that plaintiff take nothing by his suit and that the complaint is **DISMISSED**.

**SIGNED** this the **28** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge